

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00396-CV

**ARTURO SOLIS,**

**Appellant**

 **v.**

**TDCJ-ID,**

**Appellee**

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. COT-09-39041

## O R D E R

On December 5, 2013, this Court issued an order denying Arturo Solis's motion to disqualify Chief Justice Tom Gray. On December 19, 2013, this Court received a motion to reconsider the denial of the motion to disqualify. Chief Justice Gray is not disqualified under article V, section 11 of the Texas Constitution, *i.e.*, he does not have an interest in the subject matter of the controversy, he is not related to a party by affinity or consanguinity within the third degree, and he has not been counsel in the case. TEX. CONST. art. V § 11; TEX. R. APP. P. 16.1; TEX. R. CIV. P. 18(b) 1; *see McCullough v.*

*Kitzman*, 50 S.W.3d 87, 88 (Tex.App. – Waco 2001, pet. den'd).  The motion to reconsider

the of disqualification of Chief Justice Gray is denied.


                    AL SCOGGINS
                    Justice

Before Justice Davis
      and Justice Scoggins
      (Chief Justice Gray not participating)
Motion denied
Order issued and filed January 9, 2014
Do not publish